# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 09-88 |
| GEORGE GEORGIOU | : | |

## O R D E R

**AND NOW**, this 12th day of December, 2011, upon consideration of Defendant George Georgiou's ("Georgiou") Motion for Reconsideration (Doc. No. 242), Georgiou's Motion Filed Under Seal (Doc. No. 245), and the Responses and Replies thereto, it is hereby **ORDERED** that the Motions are **DENIED**.

It is further **ORDERED** that:

1) Georgiou's Motion to Re-instate Bail (Doc. No. 242)[1] is **DENIED**;

2) Georgiou's Motion Filed Under Seal (Doc. No. 246) is **DENIED**; and

3) The Government's Motion Filed Under Seal (Doc. 250) is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] Georgiou's Motion for Reconsideration and Motion to Re-instate Bail were filed under the same docket number.